**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   **Gold Coast Partners, LLC**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   **47-3768974**

4. **Debtor's address**

   **Principal place of business**

   **333 West North Avenue**
   **Suite 348**
   **Chicago, IL 60610**
   Number, Street, City, State & ZIP Code

   **Cook**
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Gold Coast Partners, LLC** _____  Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor   **Gold Coast Partners, LLC** _____   Case number (*if known*)_____
        Name

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Gold Coast Partners, LLC** _____ Case number (*if known*) _____
     Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  3, 2018**
                MM / DD / YYYY

**X  /s/ Tracey L. Brooks**                                                           **Tracey L. Brooks**
Signature of authorized representative of debtor                 Printed name

Title   **Member**

**18. Signature of attorney**

**X  /s/ Joel A. Schechter**                                                         Date  **April  3, 2018**
Signature of attorney for debtor                                                              MM / DD / YYYY

**Joel A. Schechter 3122099**
Printed name

**Law Offices of Joel A. Schechter**
Firm name

**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone  **312-332-0267**          Email address  **joelschechter@covad.net**

**3122099 IL**
Bar number and State

Debtor  **Gold Coast Partners, LLC**                                    Case number (if known)
        Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 31, 2018**
              MM / DD / YYYY

X /s/ Tracey L. Brooks                               Tracey L. Brooks
Signature of authorized representative of debtor      Printed name

Title  **Member**

**18. Signature of attorney**

X /s/ Joel A. Schechter                              Date  **March 31, 2018**
Signature of attorney for debtor                           MM / DD / YYYY

Joel A. Schechter 3122099
Printed name

Law Offices of Joel A. Schechter
Firm name

53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  312-332-0267    Email address  joelschechter@covad.net

3122099 IL
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Gold Coast Partners, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 5527 North Ave LLC 5527 West North Avenue Chicago, IL 60639 | | past due rent | **Disputed** | | | $24,400.00 |
| CCS Chicago Recreation Inc. S. Brown President 848 Dodge , Unit 221 Evanston, IL 60201 | | past due rent | **Disputed** | | | $15,803.00 |
| City of Chicago Department of Finance-Water P.O. Box 6330 Chicago, IL 60680-6330 | | water charges at 4258 West Madison, Chicago, IL | | | | $14,054.72 |
| City of Chicago Department of Finance-Water P.O. Box 6330 Chicago, IL 60680-6330 | | water charges at 3159 West Roosevelt, Chicago, IL | | | | $25,437.40 |
| City of Chicago Department of Finance-Utility Bill P.O. Box 6330 Chicago, IL 60680-6330 | | water charges at 5527 West North Ave, Chicago, IL | | | | $19,643.54 |
| ComEd P. O. Box 6111 Carol Stream, IL 60197 | | utility services at 4258 West Madison, Chicago, IL | | | | $5,642.03 |
| ComEd P. O. Box 6111 Carol Stream, IL 60197 | | utility services at 3159 West Roosevelt, Chicago, IL | | | | $4,064.18 |

| Debtor | **Gold Coast Partners, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ComEd**<br>P. O. Box 6111<br>Carol Stream, IL 60197 | | utility services at 5527 West North Ave, Chicago, IL | | | | $3,753.10 |
| **Constellation Energy Services, Inc.**<br>P.O. Box 5474<br>Carol Stream, IL 60197-5474 | | utility services | **Disputed** | | | $5,599.83 |
| **Constellation Energy Services, Inc.**<br>P.O. Box 5473<br>Carol Stream, IL 60197-5473 | | utility services | **Disputed** | | | $33,822.26 |
| **Illinois State Lottery**<br>101 West Jefferson Street<br>Springfield, IL 62702 | | lottery sales | **Disputed** | | | $76,601.00 |
| **KMAK, LLC**<br>6405 North Campbell Avenue<br>Chicago, IL 60645 | | breach of contract | **Contingent Unliquidated Disputed** | | | $93,102.90 |
| **Knight Capital Funding, LLC**<br>9 East Loockerman Street<br>Suite 3A-543<br>Dover, DE 19901 | | | **Disputed** | | | $19,491.00 |
| **Madison & Kildare, LLC**<br>P.O. Box 1176<br>Orland Park, IL 60462 | | past due rent | **Disputed** | | | $28,477.68 |
| **Midwest Laundries, Inc.**<br>2910 West 36th Street<br>Chicago, IL 60632 | | labor and materials for services | **Disputed** | | | $8,500.00 |
| **Peoples Gas**<br>P.O. Box 2968<br>Milwaukee, WI 53201-2968 | | utility services at 5527 West North Ave, Chicago, IL | | | | $15,321.97 |
| **Peoples Gas**<br>P.O. Box 2968<br>Milwaukee, WI 53201-2968 | | utility services at 3159 West Roosevelt, Chicago, IL | | | | $19,834.22 |
| **Pro Energy Solutions**<br>100 Waugh Drive<br>Suite 500<br>Houston, TX 77007 | | utility services | | | | $4,929.57 |

Debtor **Gold Coast Partners, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Strategic Funding Source, Inc.**<br>**211-D Bulifants Blvd.**<br>**Williamsburg, VA** | | | **Disputed** | | | $55,627.00 |
| **Yellowstone Capital LLC**<br>**One Evertrust Plaza, Suite 1401**<br>**Jersey City, NJ 07302** | | | **Disputed** | | | $7,000.00 |

```
5527 North Ave LLC
5527 West North Avenue
Chicago, IL 60639


5527 North Ave, LLC
5527 West North Avenue
Chicago, IL 60639


Alliance Laundry Systems, LLC
Attn: Portfolio Manager Supervisor
Shepard St., P.O. Box 990
Ripon, WI 54971-0990


CCS Chicago Recreation Inc.
S. Brown President
848 Dodge , Unit 221
Evanston, IL 60201


CCS Chicago Recreation Inc.
S. Brown President
848 Dodge, Unit 221
Evanston, IL 60202


City of Chicago
Department of Finance-Utility Bill
P.O. Box 6330
Chicago, IL 60680-6330


City of Chicago
Department of Finance-Water
P.O. Box 6330
Chicago, IL 60680-6330


ComEd
P. O. Box 6111
Carol Stream, IL 60197


Constellation Energy Services, Inc.
P.O. Box 5474
Carol Stream, IL 60197-5474


Constellation Energy Services, Inc.
P.O. Box 5473
Carol Stream, IL 60197-5473
```

```
Constellation Energy Services, Inc.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606


Dexter Financial Services
P.O. Box 5368
Cedar Rapids, IA 52406-5368


Dexter Financial Services
775 Kacena Road
Hiawatha, IA 52233-1291


Harvard Collection Services
4839 North Elston Avenue
Chicago, IL 60630


Illinois State Lottery
101 West Jefferson Street
Springfield, IL 62702


Illinois State Lottery
P.O. Box 19080
Springfield, IL 62794-9080


Jay A. Andrew
Drost Gilbert Andrew & Apiella, LLC
4811 Emerson Ave., Suite110
Palatine, IL 60067


KMAK, LLC
6405 North Campbell Avenue
Chicago, IL 60645


Knight Capital Funding, LLC
9 East Loockerman Street
Suite 3A-543
Dover, DE 19901


Luke Holloway
1415 North Dearborn
Unit 16A
Chicago, IL 60610
```

Madison & Kildare, LLC
P.O. Box 1176
Orland Park, IL 60462


Midwest Laundries, Inc.
2910 West 36th Street
Chicago, IL 60632


Peoples Gas
P.O. Box 2968
Milwaukee, WI 53201-2968


Pro Energy Solutions
100 Waugh Drive
Suite 500
Houston, TX 77007


Strategic Funding Source, Inc.
211-D Bulifants Blvd.
Williamsburg, VA


Tracey L. Brooks
1415 North Dearborn
Unit 16A
Chicago, IL 60610


Washbroker Ltd.
2758B Route 34
Suite 115
Oswego, IL 60543


Yellowstone Capital LLC
One Evertrust Plaza, Suite 1401
Jersey City, NJ 07302


Yellowstone Capital LLC
30 Broad Street
Suite 1462
New York, NY 10004

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   Gold Coast Partners, LLC

Debtor(s)

Case No.
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Gold Coast Partners, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 31, 2018
Date

Joel A. Schechter 3122099
Signature of Attorney or Litigant
Counsel for   Gold Coast Partners, LLC
Law Offices of Joel A. Schechter
53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
312-332-0267 Fax:312-939-4714
joelschechter@covad.net