**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Gold Coast Partners, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **18-09765** |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|
   | 2. **Cash on hand** | | | **$4,500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **U.S. Bank** | **checking** | **6276** | **$719.22** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    **$5,219.22**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. **Peoples Gas** | **$8,917.00** |
   |---|---|
   | 7.2. **Security deposit with landlord-CCS Chicago Recreation, Inc.** | **$12,650.00** |

Debtor  **Gold Coast Partners, LLC**                                          Case number *(If known)* **18-09765**
        Name

| | | |
|---|---|---|
| 7.3. | **Security deposit with landlord-Madison & Kildare, LLC** | $15,000.00 |
| 7.4. | **Security deposit with landlord-5527 North Ave., LLC** | $16,533.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                                    $53,100.00
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** various soap suds for washing, snacks for vending machines | | $0.00 | **Revenue based** | $450.00 |

23. **Total of Part 5.**                                                                                                   $450.00
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
                                        Valuation method                    Current Value

| Debtor | **Gold Coast Partners, LLC** | Case number *(If known)* **18-09765** |
|---|---|---|
| | Name | |

☐ Yes. Book value

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** copier, (3) telephones, money counter, change counter, (3) chairs, (2) safes, miscellaneous office supplies | $0.00 | Liquidation | $500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                  $500.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| Debtor | **Gold Coast Partners, LLC** | Case number *(If known)* **18-09765** |
|---|---|---|
| | Name | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    Madison location: (8) 50lb IPSO washers, (4) 65lb Speed Queen washers, (4) 25lb IPSO washers, (12) 40lb Speed Queen washers, (4) 80lb IPSO washers, (4) 100lb IPSO washers, (5) 40lb IPSO washers, (5) 20lb IPSO washers, (3) 30lb Speed Queen washers, (7) IPSO stacked dryers, (27) Speed Queen stacked dryers, (3) change machines, (1) cash register, (15) laundry carts
    North location: (2) Wascomat 185 washers, (2) Wascomat 125 washers, (7) Wascomat 74 washers, (4) Dexter 100lb washers, (4) IPSO 50lb washers, (5) Wascomat junior washers, (4) Dexter 80lb washers, (4) Dexter 70lb washers, (5) IPSO 50lb washers, (6) Speed Queen 20lb washers, (12) Huebsch stacked dryers, (8) Speed Queen dryers, (17) Speed Queen stacked dryers, (8) Speed Queen dryers, (5) Continental stacked dryers, (2) change machines, (1) cash register, (15) laundry carts
    Roosevelt location: (10 50lb IPSO washers, (8) 100lb IPSO washers, (11) 18lb IPSO washers, (8) Speed Queen toploaders, (6) 25lb IPSO washers, (23) IPSO stacked dryers, (2) change machines, (1) cash register, (15) laundry carts      $0.00     Liquidation     $595,000.00

51. **Total of Part 8.**     $595,000.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Debtor | **Gold Coast Partners, LLC** | Case number *(If known)* **18-09765** |
|---|---|---|
| | Name | |

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

   **commercial liability and personal property coverages**                                $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    **counterclaim to be asserted against KMAK, LLC and others in connection with pending action by KMAK,, LLC against Debtor and others in Case No. 2017 L 013075**                               **Unknown**

    | Nature of claim | **breach of contract and fraud** |
    |---|---|
    | Amount requested | **$0.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                  **$0.00**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **Gold Coast Partners, LLC**                                             Case number *(If known)*  **18-09765**
          <span style="font-size:smaller">Name</span>

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,219.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $53,100.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $450.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $595,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $654,269.22 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $654,269.22 |

**Fill in this information to identify the case:**

Debtor name: **Gold Coast Partners, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 18-09765

☐ Check if this is an amended filing

<u>Official Form 206D</u>
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* — **Amount of claim** — Do not deduct the value of collateral.

*Column B* — **Value of collateral that supports this claim**

---

**2.1** **Alliance Laundry Systems, LLC**
Creditor's Name

**Attn: Portfolio Manager Supervisor**
**Shepard St., P.O. Box 990**
**Ripon, WI 54971-0990**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**February, 2016**
Last 4 digits of account number

Describe debtor's property that is subject to a lien

Describe the lien
**security interest in equipment**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Amount: **$601,472.02**   Value: **Unknown**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.2** **Dexter Financial Services**
Creditor's Name

**P.O. Box 5368**
**Cedar Rapids, IA**
**52406-5368**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**June, 2016**
Last 4 digits of account number
**3547**

Describe debtor's property that is subject to a lien

Describe the lien
**security interest in equipment**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount: **$127,472.28**   Value: **Unknown**

---

| Debtor | **Gold Coast Partners, LLC** | Case number (if know) | **18-09765** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $728,944.30

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dexter Financial Services**<br>**775 Kacena Road**<br>**Hiawatha, IA 52233-1291** | Line **2.2** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Gold Coast Partners, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 18-09765 |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>5527 North Ave LLC<br>5527 West North Avenue<br>Chicago, IL 60639<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  past due rent<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $24,400.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>ADP, LLC<br>1851 North Resler Drive MS-600<br>El Paso, TX 79912<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  8536 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  payroll services<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $881.09 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>ADT Security Services<br>P.O. Box 371878<br>Pittsburgh, PA 15250-7878<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  5440 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  security services<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,167.08 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>ADT Security Services<br>P.O. Box 371878<br>Pittsburgh, PA 15250-7878<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  5451 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  security services<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,167.08 |

| Debtor | **Gold Coast Partners, LLC** | Case number (if known) | 18-09765 |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**ADT Security Services**<br>**P.O. Box 371878**<br>**Pittsburgh, PA 15250-7878**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **5417** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **security services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,181.83 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**CCS Chicago Recreation Inc.**<br>**S. Brown President**<br>**848 Dodge , Unit 221**<br>**Evanston, IL 60201**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **past due rent**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $15,803.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**City of Chicago**<br>**Department of Finance-Utility Bill**<br>**P.O. Box 6330**<br>**Chicago, IL 60680-6330**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **3721** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **water charges at 5527 West North Ave, Chicago, IL**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $19,643.54 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**City of Chicago**<br>**Department of Finance-Water**<br>**P.O. Box 6330**<br>**Chicago, IL 60680-6330**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **1045** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **water charges at 3159 West Roosevelt, Chicago, IL**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $25,437.40 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**City of Chicago**<br>**Department of Finance-Water**<br>**P.O. Box 6330**<br>**Chicago, IL 60680-6330**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **2744** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **water charges at 4258 West Madison, Chicago, IL**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $14,054.72 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**ComEd**<br>**P. O. Box 6111**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **7038** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **utility services at 3159 West Roosevelt, Chicago, IL**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,064.18 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**ComEd**<br>**P. O. Box 6111**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **4087** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **utility services at 5527 West North Ave, Chicago, IL**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,753.10 |

| Debtor | **Gold Coast Partners, LLC** | Case number (if known) | **18-09765** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**ComEd**<br>**P. O. Box 6111**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1040** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>utility services at 4258 West Madison, Chicago, IL</u><br>Is the claim subject to offset? ■ No  ☐ Yes | | $5,642.03 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Constellation Energy Services, Inc.**<br>**P.O. Box 5474**<br>**Carol Stream, IL 60197-5474**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **6911** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** <u>utility services at 2454-56 S. Kedzie Avenue, Chicago, IL 60623</u><br>Is the claim subject to offset? ■ No  ☐ Yes | | $3,410.06 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Constellation Energy Services, Inc.**<br>**P.O. Box 5474**<br>**Carol Stream, IL 60197-5474**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **6910** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** <u>utility services</u><br>Is the claim subject to offset? ■ No  ☐ Yes | | $5,599.83 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Constellation Energy Services, Inc.**<br>**P.O. Box 5473**<br>**Carol Stream, IL 60197-5473**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **6675** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** <u>utility services</u><br>Is the claim subject to offset? ■ No  ☐ Yes | | $33,822.26 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Gayles Consulting, P.C.**<br>**Montel M. Gayles**<br>**106 East 89th Place**<br>**Chicago, IL 60619**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>legal services</u><br>Is the claim subject to offset? ■ No  ☐ Yes | | $2,747.50 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Illinois State Lottery**<br>**101 West Jefferson Street**<br>**Springfield, IL 62702**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** <u>lottery sales</u><br>Is the claim subject to offset? ■ No  ☐ Yes | | $76,601.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**KMAK, LLC**<br>**6405 North Campbell Avenue**<br>**Chicago, IL 60645**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** <u>breach of contract</u><br>Is the claim subject to offset? ■ No  ☐ Yes | | $93,102.90 |

| Debtor | **Gold Coast Partners, LLC** | Case number (if known) | **18-09765** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Knight Capital Funding, LLC**<br>**9 East Loockerman Street**<br>**Suite 3A-543**<br>**Dover, DE 19901**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$19,491.00** |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Madison & Kildare, LLC**<br>**P.O. Box 1176**<br>**Orland Park, IL 60462**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** past due rent<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$28,477.68** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Midwest Laundries, Inc.**<br>**2910 West 36th Street**<br>**Chicago, IL 60632**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** labor and materials for services<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$8,500.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Peoples Gas**<br>**P.O. Box 2968**<br>**Milwaukee, WI 53201-2968**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** **0002** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** utility services at 5527 West North Ave, Chicago, IL<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$15,321.97** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Peoples Gas**<br>**P.O. Box 2968**<br>**Milwaukee, WI 53201-2968**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** **0000** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** utility services at 4258 West Madison, Chicago, IL<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$1,741.26** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Peoples Gas**<br>**P.O. Box 2968**<br>**Milwaukee, WI 53201-2968**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** **0004** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** utility services at 3159 West Roosevelt, Chicago, IL<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$19,834.22** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Pro Energy Solutions**<br>**100 Waugh Drive**<br>**Suite 500**<br>**Houston, TX 77007**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** utility services<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$4,929.57** |

Debtor **Gold Coast Partners, LLC**                                                        Case number (if known) **18-09765**
           Name

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Strategic Funding Source, Inc.**<br>**211-D Bulifants Blvd.**<br>**Williamsburg, VA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number 2693** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$55,627.00** |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Washbroker Ltd.**<br>**2758B Route 34**<br>**Suite 115**<br>**Oswego, IL 60543**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,700.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Yellowstone Capital LLC**<br>**One Evertrust Plaza, Suite 1401**<br>**Jersey City, NJ 07302**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,000.00** |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|     | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Constellation Energy Services, Inc.**<br>**20 North Wacker Drive**<br>**Suite 2100**<br>**Chicago, IL 60606** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Constellation Energy Services, Inc.**<br>**20 North Wacker Drive**<br>**Suite 2100**<br>**Chicago, IL 60606** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Constellation Energy Services, Inc.**<br>**20 North Wacker Drive**<br>**Suite 2100**<br>**Chicago, IL 60606** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Harvard Collection Services**<br>**4839 North Elston Avenue**<br>**Chicago, IL 60630** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Illinois State Lottery**<br>**P.O. Box 19080**<br>**Springfield, IL 62794-9080** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Jay A. Andrew**<br>**Drost Gilbert Andrew & Apiella, LLC**<br>**4811 Emerson Ave., Suite110**<br>**Palatine, IL 60067** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Gold Coast Partners, LLC** | Case number (if known) | **18-09765** |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.7 | **Yellowstone Capital LLC**<br>**30 Broad Street**<br>**Suite 1462**<br>**New York, NY 10004** | Line  **3.28**<br><br>☐  Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 496,101.30 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | 496,101.30 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Gold Coast Partners, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **18-09765** |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **lease of nonresidential real property commonly known as 5527 West North Avenue, Chicago, IL 60639** | |
| | State the term remaining | **33 months, plus options** | **5527 North Ave, LLC**<br>**5527 West North Avenue**<br>**Chicago, IL 60639** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **lease of nonresidential real property commonly known as 3159 West Roosevelt Road, Chicago, IL 60612** | |
| | State the term remaining | **95 months, plus options** | **CCS Chicago Recreation Inc.**<br>**S. Brown President**<br>**848 Dodge, Unit 221**<br>**Evanston, IL 60202** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **lease of nonresidential real property commonly known as 4258 West Madison, Chicago, IL 60624** | |
| | State the term remaining | **30 months, plus options** | **Madison & Kildare, LLC**<br>**P.O. Box 1176**<br>**Orland Park, IL 60462** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **Gold Coast Partners, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **18-09765**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Luke Holloway** | **1415 North Dearborn Unit 16A Chicago, IL 60610** | **KMAK, LLC** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.2 | **Tracey L. Brooks** | **1415 North Dearborn Unit 16A Chicago, IL 60610** | **KMAK, LLC** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.3 | **Tracey L. Brooks** | **1415 North Dearborn Unit 16A Chicago, IL 60610** | **Alliance Laundry Systems, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Tracey L. Brooks** | **1415 North Dearborn Unit 16A Chicago, IL 60610** | **Yellowstone Capital LLC** | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |

Debtor **Gold Coast Partners, LLC**   Case number *(if known)* **18-09765**

|  | **Additional Page to List More Codebtors** | | | | |
|---|---|---|---|---|---|
|  | *Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.* | | | | |
|  | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | | |
| 2.5 | **Tracey L. Brooks** | **1415 North Dearborn Unit 16A Chicago, IL 60610** | **Dexter Financial Services** | ■ D | **2.2** |
|  |  |  |  | ☐ E/F | |
|  |  |  |  | ☐ G | |
| 2.6 | **Tracey L. Brooks** | **1415 North Dearborn Unit 16A Chicago, IL 60610** | **CCS Chicago Recreation Inc.** | ☐ D | |
|  |  |  |  | ☐ E/F | |
|  |  |  |  | ■ G | **2.2** |
| 2.7 | **Tracey L. Brooks** | **1415 North Dearborn Unit 16A Chicago, IL 60610** | **Madison & Kildare, LLC** | ☐ D | |
|  |  |  |  | ☐ E/F | |
|  |  |  |  | ■ G | **2.3** |