## REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Gold Coast Partners, LLC__   Case No. __18-9765__   Chapter __11__

All Cases: Moving Creditor __CCS Chicago Recreation, Inc.__   Date Case Filed __April 3, 2018__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing __n/a__ or Date Plan Confirmed __n/a__

Chapter 7: ☐ No-Asset Report Filed on __n/a__
☐ No-Asset Report not Filed, Date of Creditors Meeting __n/a__

1. Collateral
   a. ☐ Home
   b. ☐ Car  Year, Make, and Model _____
   c. ☑ Other (describe) __Property being leased__

2. Balance Owed as of Petition Date  $ __34,153.05__
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ __Approx. $1,000,000__

5. Default
   a. ☑ Pre-Petition Default
      Number of months __12+__   Amount $ __34,153.05__

   b. ☑ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months __1__   Amount $ __7,800__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____   Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☑ Taxes unpaid    Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☑ Other (describe) __Non payment of Water Bill__

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii ☐ Redeem    iii. ☐ Surrender    iv. ☑ No Statement of Intention Filed

Date: __May 2, 2018__                        __Staes & Scallan, P.C.__
                                              Counsel for Movant

(Rev. 12 /21/09)