# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bk. No.: 18-9765 |
| GOLD COAST PARTNERS, LLC., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Judge Timothy A. Barnes |

## CERTIFICATE OF SERVICE

I, Stephen Scallan, hereby certify that I have caused the following to be served upon the parties listed on the attached:

1. Re-Notice Of Motion For Motion Of CCS Chicago Recreation Inc., For Relief From The Automatic Stay;

2. Motion For Motion Of CCS Chicago Recreation Inc., For Relief From The Automatic Stay;

3. Required Statement To Accompany Motions For Relief From Stay; and

4. Proposed Order.

## SERVICE LIST

| | |
|---|---|
| Timothy H Posnanski<br>Husch Blackwell LLP<br>555 East Wells Street Suite 1900<br>Milwaukee, WI 53202<br>timothy.posnanski@huschblackwell.com<br>*via ECF Notification on May 16, 2018* | Joel A Schechter, ESQ<br>Law Offices Of Joel Schechter<br>53 W Jackson Blvd Ste 1522<br>joelschechter@covad.net<br>*via ECF Notification on May 2, 2018* |
| Tracey Brooks<br>1415 N. Dearborn<br>Unit #16A<br>Chicago, Illinois 60610<br>*via U.S. mail on May 16, 2018* | Gold Coast Partners<br>333 W. North Avenue<br>Suite #348<br>Chicago, Illinois 60610<br>*via U.S. mail on May 16, 2018* |
| Alliance Laundry Systems, LLC<br>ATTN: Portfolio Manager Supervisor<br>Shepard Street<br>P.O. Box 990<br>Ripon, WI 54971-0990 | City Of Chicago<br>Dept. Of Finance-Utility Bill<br>P.O. Box 6330<br>Chicago, Illinois 60680-6330<br>*via U.S. mail on May 16, 2018* |
| City Of Chicago<br>Dept. Of Finance - Water<br>P.O. Box 6330<br>Chicago, Illinois 60680-6330 | ComEd<br>P.O. Box 6111<br>Carol Stream, Illinois 60197-6111<br>*via U.S. mail on May 16, 2018* |
| Constellation Energy Services<br>20 N. Wacker Drive<br>Suite #2100<br>Chicago, Illinois 60606-3002<br>*via U.S. mail on May 16, 2018* | Constellation Energy Services<br>P.O. Box 5473<br>Carol Stream, Illinois 60197-5473<br>*via U.S. mail on May 16, 2018* |
| Constellation Energy Services<br>P.O. Box 5474<br>Carol Stream, Illinois 60197-5474<br>*via U.S. mail on May 16, 2018* | Dept. Of Treasury - IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>*via U.S. mail on May 16, 2018* |

| | |
|---|---|
| Dexter Financial Services<br>775 Kacena Road<br>Hiawatha, IA 52233-1291<br>*via U.S. mail on May 16, 2018* | Dexter Financial Services<br>P.O. Box 5368<br>Cedar Rapids, IA 52406-5368<br>*via U.S. mail on May 16, 2018* |
| Harvard Collection Services<br>4839 N. Elston Avenue<br>Chicago, Illinois 60630-2589<br>*via U.S. mail on May 16, 2018* | Illinois State Lottery<br>101 W. Jefferson Street<br>Springfield, Illinois 62702-5145<br>*via U.S. mail on May 16, 2018* |
| Illinois State Lottery<br>P.O. Box 19080<br>Springfield, Illinois 62794-9080<br>*via U.S. mail on May 16, 2018* | Jay Andrew<br>DROST GILBERT ANDREW & APIELLA<br>4811 Emerson Avenue<br>Suite 110<br>Palatine, Illinois 60067-7416<br>*via U.S. mail on May 16, 2018* |
| KMAK, LLC<br>6405 N. Campbell Avenue<br>Chicago, Illinois 60645-5313<br>*via U.S. mail on May 16, 2018* | Knight Capital Funding III, LLC<br>1691 Michigan Avenue<br>Suite #230<br>Miami Beach, FL 33139-2566<br>*via U.S. mail on May 16, 2018* |
| Knight Capital Funding, LLC<br>9 East Loockerman Street<br>Suite 3A-543<br>Dover, DE 19901-8306<br>*via U.S. mail on May 16, 2018* | Luke Holloway<br>1415 N. Dearborn<br>Unit 16A<br>Chicago, Illinois 60610-5530<br>*via U.S. mail on May 16, 2018* |
| Madison & Kildare<br>P.O. Box 1176<br>Orland Park, Illinois 60462-8176<br>*via U.S. mail on May 16, 2018* | Midwest Laundries<br>2910 W. 36th Street<br>Chicago, Illinois 60632-1704<br>*via U.S. mail on May 16, 2018* |
| Peoples Gas<br>P.O. Box 2968<br>Milwaukee, WI 53201-2968<br>*via U.S. mail on May 16, 2018* | Pro Energy Solutions<br>100 Waugh Drive<br>Suite #500<br>Houston, Texas 77007-4600<br>*via U.S. mail on May 16, 2018* |

| | |
|---|---|
| Strategic Funding Source<br>211-D Bulifants Blvd.<br>Williamsburg, VA 23188-5741<br>*via U.S. mail on May 16, 2018* | Washbroker LTD<br>2758 B Route 34<br>Suite #115<br>Oswego, Illinois 60543<br>*via U.S. mail on May 16, 2018* |
| Yellowstone Capital, LLC<br>30 Broad Street<br>Suite #1462<br>New York, NY 10004-2304<br>*via U.S. mail on May 16, 2018* | Yellowstone Capital, LLC<br>One Evertrust Plaza<br>Suite #1401<br>Jersey City, NJ 07302-3087<br>*via U.S. mail on May 16, 2018* |

/s/ Stephen Scallan
Stephen Scallan