## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bk. No.: 18-9765 |
| GOLD COAST PARTNERS, LLC., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Judge Timothy A. Barnes |

### CERTIFICATE OF SERVICE

I, Stephen Scallan, hereby certify that I have caused the following to be served upon the parties listed on the attached:

1. Notice Of Motion For Renewed Motion Of CCS Chicago Recreation Inc., For Relief From The Automatic Stay.

2. Renewed Motion Of CCS Chicago Recreation Inc., For Relief From The Automatic Stay.

3. Required Statement To Accompany Motions For Relief From Stay; and

4. Proposed Order.

## SERVICE LIST

| | |
|---|---|
| Timothy H Posnanski<br>Husch Blackwell LLP<br>555 East Wells Street Suite 1900<br>Milwaukee, WI 53202<br>timothy.posnanski@huschblackwell.com<br>*via ECF Notification on October 12, 2018* | Joel A Schechter, ESQ<br>Law Offices Of Joel Schechter<br>53 W Jackson Blvd Ste 1522<br>joelschechter@covad.net<br>*via ECF Notification on October 12, 2018* |
| Strategic Funding Source, Inc.<br>Valentine Austriaco and Bueschel<br>105 W. Adams<br>35th Floor<br>Chicago, IL 60603<br>312-288-8285<br>ypolycarpe@vablawfirm.com<br>*via ECF Notification on October 12, 2018* | Gold Coast Partners<br>333 W. North Avenue<br>Suite #348<br>Chicago, Illinois 60610<br>*via U.S. mail on October 12, 2018* |
| Alliance Laundry Systems, LLC<br>ATTN: Portfolio Manager Supervisor<br>Shepard Street<br>P.O. Box 990<br>Ripon, WI 54971-0990<br>*via U.S. mail on October 12, 2018* | City Of Chicago<br>Dept. Of Finance-Utility Bill<br>P.O. Box 6330<br>Chicago, Illinois 60680-6330<br>*via U.S. mail on October 12, 2018* |
| City Of Chicago<br>Dept. Of Finance - Water<br>P.O. Box 6330<br>Chicago, Illinois 60680-6330<br>*via U.S. mail on October 12, 2018* | ComEd<br>P.O. Box 6111<br>Carol Stream, Illinois 60197-6111<br>*via U.S. mail on October 12, 2018* |
| Constellation Energy Services<br>20 N. Wacker Drive<br>Suite #2100<br>Chicago, Illinois 60606-3002<br>*via U.S. mail on October 12, 2018* | Constellation Energy Services<br>P.O. Box 5473<br>Carol Stream, Illinois 60197-5473<br>*via U.S. mail on October 12, 2018* |

| | |
|---|---|
| Constellation Energy Services<br>P.O. Box 5474<br>Carol Stream, Illinois 60197-5474<br>*via U.S. mail on October 12, 2018* | Dept. Of Treasury - IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>*via U.S. mail on October 12, 2018* |
| Dexter Financial Services<br>775 Kacena Road<br>Hiawatha, IA 52233-1291<br>*via U.S. mail on October 12, 2018* | Dexter Financial Services<br>P.O. Box 5368<br>Cedar Rapids, IA 52406-5368<br>*via U.S. mail on October 12, 2018* |
| Harvard Collection Services<br>4839 N. Elston Avenue<br>Chicago, Illinois 60630-2589<br>*via U.S. mail on October 12, 2018* | Illinois State Lottery<br>101 W. Jefferson Street<br>Springfield, Illinois 62702-5145<br>*via U.S. mail on October 12, 2018* |
| Illinois State Lottery<br>P.O. Box 19080<br>Springfield, Illinois 62794-9080<br>*via U.S. mail on October 12, 2018* | Jay Andrew<br>DROST GILBERT ANDREW & APIELLA<br>4811 Emerson Avenue<br>Suite 110<br>Palatine, Illinois 60067-7416<br>*via U.S. mail on October 12, 2018* |
| KMAK, LLC<br>6405 N. Campbell Avenue<br>Chicago, Illinois 60645-5313<br>*via U.S. mail on October 12, 2018* | Knight Capital Funding III, LLC<br>1691 Michigan Avenue<br>Suite #230<br>Miami Beach, FL 33139-2566<br>*via U.S. mail on October 12, 2018* |
| Knight Capital Funding, LLC<br>9 East Loockerman Street<br>Suite 3A-543<br>Dover, DE 19901-8306<br>*via U.S. mail on October 12, 2018* | Luke Holloway<br>1415 N. Dearborn<br>Unit 16A<br>Chicago, Illinois 60610-5530<br>*via U.S. mail on October 12, 2018* |
| Madison & Kildare<br>P.O. Box 1176<br>Orland Park, Illinois 60462-8176<br>*via U.S. mail on October 12, 2018* | Midwest Laundries<br>2910 W. 36th Street<br>Chicago, Illinois 60632-1704<br>*via U.S. mail on October 12, 2018* |

| | |
|---|---|
| Peoples Gas<br>P.O. Box 2968<br>Milwaukee, WI 53201-2968<br>*via U.S. mail on October 12, 2018* | Pro Energy Solutions<br>100 Waugh Drive<br>Suite #500<br>Houston, Texas 77007-4600<br>*via U.S. mail on October 12, 2018* |
| Washbroker LTD<br>2758 B Route 34<br>Suite #115<br>Oswego, Illinois 60543<br>*via U.S. mail on October 12, 2018* | Yellowstone Capital, LLC<br>One Evertrust Plaza<br>Suite #1401<br>Jersey City, NJ 07302-3087<br>*via U.S. mail on October 12, 2018* |
| Yellowstone Capital, LLC<br>30 Broad Street<br>Suite #1462<br>New York, NY 10004-2304<br>*via U.S. mail on October 12, 2018* | |

/s/ Stephen Scallan
Stephen Scallan