## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** Timothy A. Barnes

**Date** May 15, 2019

**Bankruptcy Case** 18 B 09765

**Adversary No.**

**Title of Case** Gold Coast Partners, LLC

**Brief Statement of Motion** CCS Chicago Recreation Inc.'s Motion for Relief from Stay as to Leased Property

**Names and Addresses of moving counsel**

**Representing**

### ORDER

Per Local Rule 9013-1(G), motion is denied without prejudice and without hearing for failure to comply with Local Rule 9013-1(C) by failing to include a fillable order in compliance with the court's administrative procedures.

JUDGE TIMOTHY A. BARNES
UNITED STATES BANKRUPTCY COURT