steve

REDACTED

**From:** Tracey Brooks
**Sent:** Monday, March 05, 2018 11:09 AM
**To:** Steve Brown
**Subject:** Amount of Rent Owed
**Attachments:** IMG_2142.jpg; Untitled attachment 00059.txt

**Flag Status:** Flagged

Steve - I'm showing that we owe you $11,526.65 in back rent.

This calculation is through 2/28/18. I'm still researching the rent for the month of Sept 2017, where I show us only paying you $3300 which seems odd.

After you review, let me know if you have any questions. FYI - I took into consideration the 3% yearly increase.

Tracey

EXHIBIT 2