Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>GOLD COAST PARTNERS, LLC.<br><br><br>Debtor(s) | BK No.:  18-9765<br><br>Chapter: 11<br>Honorable Timothy A. Barnes |

## ORDER GRANTING RENEWED MOTION OF CCS CHICAGO RECREATION INC., FOR RELIEF FROM AUTOMATIC STAY

At Chicago, Illinois, before the Honorable Timothy A. Barnes, Bankruptcy Judge, in the Northern District of Illinois, Eastern Division.

This matter coming on for hearing on the Renewed Motion of CCS Chicago Recreation Inc., ("CCS") for relief from the Automatic Stay; due notice having been served upon all parties in interest; the Court having jurisdiction and being fully aware advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED that the Renewed Motion is granted in all respects and that CCS is hereby granted relief from the Automatic Stay pursuant to 11 U.S.C. § 362 of the Bankruptcy Code so as to allow CCS to commence a action seeking to evict Debtor Gold Coast Partners LLC and Ms. Tracy Brooks from 3159 W. Roosevelt Road, Chicago, IL 60612.

IT IS FURTHER ORDERED that the fourteen (14) day stay of order pursuant to Bankruptcy Rule 4001(a)(3) not be given effect in this case and that this Order shall be effective as of the date of this Order.

Enter:

Honorable Timothy A. Barnes
Dated:    United States Bankruptcy Judge

**Prepared by:**
STAES & SCALLAN, P.C.
53 W. Jackson, Suite 560
Chicago, Illinois 60604
312-631-3139