# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **Honorable** | Timothy A. Barnes |
| **Hearing Date** | May 22, 2019 |
| **Bankruptcy Case** | 18 B 09765 |
| **Adversary No.** | |
| **Title of Case** | Gold Coast Partners, LLC |

**Brief Statement of Motion:** City Of Chicago's Motion For Allowance Of Administrative Expenses

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Response due on or before June 4, 2019.

If Response filed, Reply due on or before June 6, 2019.

Hearing continued to June 11, 2019 at 11:00 a.m. in courtroom 744.

*/s/ Timothy A. Barnes*  AM