# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable:** Timothy A. Barnes

**Hearing Date:** May 22, 2019

**Bankruptcy Case:** 18 B 09765

**Adversary No.:**

**Title of Case:** Gold Coast Partners, LLC

**Brief Statement of Motion:** CCS Chicago Recreation Inc's Corrected Renewed Motion For Relief From The Automatic Stay

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Response due on or before June 4, 2019.

If Response filed, Reply due on or before June 6, 2019.

Hearing continued to June 11, 2019 at 11:00 a.m. in courtroom 744.

*[Signed]* A.M.