UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| GOLD COAST PARTNERS, LLC, | ) | CASE NO. 18-09765 |
| | ) | |
| DEBTOR. | ) | HON. TIMOTHY A. BARNES |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, December 4, 2019** at 11:00 AM, I shall appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in Courtroom 744, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in his place, and shall present and request an immediate hearing on a **UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE PURSUANT TO 11 U.S.C. 1112(b)**, a copy of which is attached hereto and is herewith served upon you.

/s/ *M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
Office of the U.S. Trustee
219 S. Dearborn, Room 873
Chicago, IL 60604
(312) 353-5054

## CERTIFICATE OF SERVICE

I, M. Gretchen Silver, an attorney, state that on November 4, 2019, pursuant to Local Rule 9013-1(D), the above **NOTICE OF MOTION** and the appended **UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE PURSUANT TO 11 U.S.C. 1112(b)** were filed and served on all parties via the manner indicated on the service list below.

/s/ *M. Gretchen Silver*

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants**

- Jay A Andrew    jaa@dgaalaw.com, jaalaw@ymail.com
- Aaron B Chapin    aaron.chapin@huschblackwell.com, litigation.docket@huschblackwell.com;HBCourtFilings-CHI@huschblackwell.com
- Todd C Jacobs    tjacobs@bradleyriley.com, cclark@bradleyriley.com;docket@bradleyriley.com
- Charles A King    chuck.king@cityofchicago.org
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Sandy L Morris    smorris@vablawfirm.com, mnoriega@vablawfirm.com;lbueschel@vablawfirm.com;dallen@vablawfirm.com
- Yanick Polycarpe    ypolycarpe@vablawfirm.com
- Timothy H Posnanski    timothy.posnanski@huschblackwell.com, shelly.wichman@huschblackwell.com
- Joel A Schechter    joelschechter1953@gmail.com, joelschechter1953@gmail.com
- Jason M Torf    jason.torf@icemiller.com

**Parties Served via First Class Mail:**

| | |
|---|---|
| Gold Coast Partners, LLC<br>333 W. North Avenue, Suite 348<br>Chicago, IL 60610 | 5527 North Avenue LLC<br>5527 W. North Avenue<br>Chicago, IL 60639 |
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | ADP, LLC<br>1851 North Resler Drive MS-600<br>El Paso, TX 79912 |
| **ADT Security Services**<br>P.O. Box 371878<br>Pittsburgh, PA 15250-7878 | **Alliance Laundry Systems, LLC**<br>Attn: Portfolio Manager Supervisor<br>Shepard St., P.O. Box 990<br>Ripon, WI 54971-0990 |
| **Atlas Acquisitions LLC**<br>Attn: Avi Schild<br>294 Union St.<br>Hackensack, NJ 07601 | **CCS Chicago Recreation Inc.**<br>S. Brown President<br>848 Dodge, Unit 221<br>Evanston, IL 60202 |
| **CCS Chicago Recreation Inc.**<br>S. Brown President<br>848 Dodge , Unit 221<br>Evanston, IL 60201 | **CCS Chicago Recreation Inc.**<br>S. Brown President<br>848 Dodge , Unit 221<br>Evanston, IL 60201 |
| **Chicago Recreation Inc.**<br>848 Dodge<br>Evans ton, Illinois 60202 | **Chicago Recreation, Inc.**<br>Staes & Scallan, P.C.<br>53 W Jackson, Suite #560<br>Chicago IL 60604 |
| **City of Chicago**<br>Department of Finance-Water<br>P.O. Box 6330<br>Chicago, IL 60680-6330 | **City of Chicago**<br>Department of Finance-Utility Bill<br>P.O. Box 6330<br>Chicago, IL 60680-6330 |
| | |

| | |
|---|---|
| **City of Chicago**<br>Chicago Law Department - Bankruptcy<br>121 N. LaSalle St., Suite 400<br>Chicago, IL 60602 | **City of Chicago Department of Finance**<br>Bureau of Utility Billing<br>Chicago Dept of Law-BK<br>121 N LaSalle St Ste 400<br>Chicago, IL 60602 |
| **ComEd**<br>P. O. Box 6111<br>Carol Stream, IL 60197 | **Constellation Energy Services, Inc.**<br>P.O. Box 5474<br>Carol Stream, IL 60197-5474 |
| **Constellation Energy Services, Inc.**<br>P.O. Box 5473<br>Carol Stream, IL 60197-5473 | **Constellation NewEnergy - Gas Division, LLC**<br>C. Bradley Burton<br>1310 Point Street<br>12th Floor<br>Baltimore, MD 21231 |
| **Department of Treasury-Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Dexter Financial Services**<br>775 Kacena Road<br>Hiawatha, IA 52233-1291 |
| **Dexter Financial Services**<br>P.O. Box 5368<br>Cedar Rapids, IA 52406-5368 | **Dexter Financial Services, Inc.**<br>Laura Hyer, Bradley & Riley PC<br>P.O. Box 2804<br>Cedar Rapids, IA 52406-2804 |
| **Gayles Consulting, P.C.**<br>Montel M. Gayles<br>106 East 89th Place<br>Chicago, IL 60619 | **Gold Coast Partners, LLC**<br>c/o Timothy H. Posnanski<br>Husch Blackwell LLP<br>555 E. Wells Street, Suite 1900<br>Milwaukee, WI 53202 |
| **Harvard Collection Services**<br>4839 North Elston Avenue<br>Chicago, IL 60630 | **Illinois Department of Employment Security**<br>33 S State St., 10th Flr Coll. Bkry<br>Chicago, Illinois 60603 |
| **Illinois Department of Revenue**<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 | **Illinois State Lottery**<br>101 West Jefferson Street<br>Springfield, IL 62702 |
| **Illinois State Lottery**<br>P.O. Box 19080<br>Springfield, IL 62794-9080 | **Jay A. Andrew**<br>Drost Gilbert Andrew & Apiella, LLC<br>4811 Emerson Ave., Suite110<br>Palatine, IL 60067 |
| **Jay A. Andrew**<br>Drost Gilbert Andrew & Apiella, LLC<br>4811 Emerson Ave., Suite110<br>Palatine, IL 60067 | **KMAK, LLC**<br>Drost, Gilbert, Andrew & Apicella, LLC<br>4811 Emerson Avenue #110<br>Palatine IL 60067 |
| **Knight Capital Funding III, LLC**<br>1691 Michigan Avenue, Suite 230<br>Miami Beach, FL 33139 | **Knight Capital Funding, LLC**<br>9 East Loockerman Street<br>Suite 3A-543<br>Dover, DE 19901 |
| **Luke Holloway**<br>1415 North Dearborn<br>Unit 16A<br>Chicago, IL 60610 | **Madison & Kildare, LLC**<br>P.O. Box 1176<br>Orland Park, IL 60462 |
| **Midwest Laundries, Inc.**<br>2910 West 36th Street<br>Chicago, IL 60632 | **Peoples Gas**<br>P.O. Box 2968<br>Milwaukee, WI 53201-2968 |
| **Pro Energy Solutions**<br>100 Waugh Drive | **Strategic Funding Source, Inc.**<br>211-D Bulifants Blvd<br>Williamsburg, VA |

| | |
|---|---|
| Suite 500<br>Houston, TX 77007 | |
| **Strategic Funding Source, Inc.**<br>Bankruptcy Correspondence Center<br>Attn: Krystle Drake<br>2500 Discovery Lane, Suite 200<br>Rockwall, TX 75032 | **Tracey L. Brooks**<br>1415 North Dearborn<br>Unit 16A<br>Chicago, IL 60610 |
| **Washbroker Ltd.**<br>2758B Route 34<br>Suite 115<br>Oswego, IL 60543 | **Yellowstone Capital LLC**<br>One Evertrust Plaza, Suite 1401<br>Jersey City, NJ 07302 |
| **Yellowstone Capital LLC**<br>30 Broad Street<br>Suite 1462<br>New York, NY 10004 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| GOLD COAST PARTNERS, LLC, | ) | CASE NO. 18-09765 |
| | ) | |
| DEBTOR. | ) | HON. TIMOTHY A. BARNES |

**MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by and through his attorney M. Gretchen Silver, moves pursuant to 11 U.S.C. § 1112(b), for an order converting or dismissing the above captioned Chapter 11 case for "cause" (the Motion). In support of the Motion, the U.S. Trustee states:

**JURISDICTION**

1. This is a core proceeding concerning the administration of the estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(A) and LR 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Venue of this case in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The U.S. Trustee has standing to file the Motion under 11 U.S.C. § 307 and 28 U.S.C. § 586(a)(3).

**FACTUAL SUMMARY**

4. Gold Coast Partners, LLC (the "Debtor") initiated this case on April 3, 2018, by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5. The Debtor operates three coin-operated laundromats in the Chicago area.

6. The Debtor designated itself as a small business debtor on the bankruptcy petition in accordance with 11 U.S.C. § 101(51D). *See* Dkt. No. 1.

7. On July 2, 2019, the Debtor filed a Third Chapter 11 Plan ("Small Business Plan"). As a small business debtor, the Bankruptcy Code requires that the Debtor obtain confirmation within 45 days of the filing of the plan or seek an extension of the deadline. The current deadline to confirm the Small Business Plan was October 23, 2019. See Dkt. 303. Additionally, the deadline was not been extended pursuant to Section 1121(e)(3). *See* 11 U.S.C. §§ 1129(e) and 1121(e).

8. Based on the above, the Debtor failed to confirm a plan within the time fixed by the Bankruptcy Code, which constitutes cause for dismissal pursuant to Section 1112(b)(4)(J).

## ARGUMENT

### CAUSE EXISTS TO CONVERT OR DISMISS THIS CASE

9. In relevant part, Section 1112(b) of the Bankruptcy Code provides that on the request of a party in interest, and after notice and a hearing, the court shall convert the case to Chapter 7 or dismiss the case, whichever is in the best interests of creditors of the estate, so long as the movant establishes "cause." *See* 11 U.S.C. § 1112(b)(1).

10. Section 1112(b)(4) sets forth a list of sixteen grounds that constitute "cause" for conversion or dismissal. *See* 11 U.S.C. § 1112(b)(4)(A)-(P). This list is not exhaustive, and a case may be dismissed or converted for causes other than those specifically identified in section 1112(b)(4). *See In re Tekena USA, LLC*, 419 B.R. 341, 346 (Bankr. N.D. Ill. 2009); *In Matter of Strug-Division, LLC*, 375 B.R. 445, 448 (Bankr. N.D. Ill. 2007).

11. "Failure to file a disclosure statement, or to file or confirm a plan, within the time fixed by this title or by order of the Court" constitutes cause to convert or dismiss. *See* 11 U.S.C. 1112(b)(4)(J).

12. Deadlines for small business debtors vary from those for other types of Chapter 11 debtors. *See In re Roots Rents, Inc.*, 420 B.R. 28, 35 (Bankr. D. Idaho 2009). With the Bankruptcy

Abuse Prevention and Consumer Protection Act of 2005 (BAPCPA), Congress added "certain specific, time-sensitive provisions for small business debtors seeking to confirm a plan of reorganization." *In re Wheelchair Sales & Servs., Inc.*, 593 B.R. 321, 322 (Bankr. N.D. Ill. 2018)("The expedited nature of the confirmation process pursuant to 11 U.S.C. § 1129(e) is a clear example of Congress' attempt to keep small business cases on a short leash")(internal citations omitted.)

13.     Specifically, Section 1129(e) of the Bankruptcy Code states that "[i]n a small business case, the court shall confirm a plan…that is filed in accordance with section 1121(e) not later than 45 days after the plan is filed" unless the Court grants an extension in accordance with § 1121(e)(3). *See* 11 U.S.C. § 1129(e). Regardless of the date on which the plan of reorganization is filed, a plain reading of § 1129 requires that the Court must confirm a plan within 45 days after the filing. Thus, the "the statute places a burden upon small business debtors to act prudently, to file their plans in a relatively expedient fashion, and to ensure confirmation hearings occur on their plans within the prescribed 45-day time frame." *In re Star Ambulance Serv., LLC*, 540 B.R. 251, 258 (Bankr. S.D. Tex. 2015).

14.     Failure to confirm a plan within the 45-day statutory term is cause to convert or dismiss a Chapter 11 case. The following cases support the position that dismissal or conversion is required when a plan is not confirmed within the prescribed 45-day statutory deadline: *In re Roots Rents, Inc*. 420 B.R. 28 (Bankr. D. Idaho 2009) (denial of an untimely motion to extend 45-day statutory deadline for confirmation § 1129(e) and dismissal of Chapter 11 case); *In re CCT Communications, Inc.*, 420 B.R. 160, 168 (Bankr.S.D.N.Y.2009) (if a small business debtor does not confirm a plan within 45 days after it was filed, cause is established for purpose of § 1112(b)); *In re J & J Fritz Media, Ltd.*, 2010 WL 4882601, at *3 (Bankr.W.D.Tex. Nov. 24, 2010) ("A small

7

business case must be confirmed within 45 days after the filing of a plan"); *In re J.D. Mfg., Inc.*, No. 07-36751, 2008 WL 4533690, at *3 (Bankr. S.D. Tex. Oct. 2, 2008)(court cannot grant an extension of time to file another disclosure statement and plan, therefore cause is established to convert the case to Chapter 7).

15. In the present case, the Debtor failed to confirm the Small Business Plan within the 45-day deadline and extensions fixed by Section 1129(e). Based on the filing of the Small Business Plan, the time fixed by Section 1129(e) to obtain confirmation was October 23, 2019. The deadline passed without confirmation. Additionally, the Debtor failed to successfully prosecute its motion to extend the deadline pursuant to Section 1121(e)(3).

16. Based on the foregoing, the United States Trustee submits that cause exists under Section 1112(b) to convert or dismiss this case.

**WHEREFORE,** the U.S. Trustee respectfully requests this Court enter an order converting or dismissing this case, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: November 4, 2019      By:   /s/ *M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn St., Room 873
Chicago, Illinois  60604
(312) 353-5054